**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00274-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO LORENZO BOVER-OLIVAS,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for August 28, 2009 and the two-day jury trial set to commence on September 8, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than August 21, 2009 to set this matter for a Change of Plea Hearing.

    DATED: August   17  , 2009

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge