**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00274-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO LORENZO BOVER-OLIVAS,

    Defendant.

---

**ORDER RESETTING SENTENCING**

---

Pursuant to the January 4, 2010 telephone conference between counsel and Chambers staff, the Court ORDERS that the sentencing of Defendant Alberto Lorenzo Bover-Olivas, currently set for January 8, 2010, is VACATED and continued to **February 5, 2010 at 2:00 p.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED:  January __04__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge